Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Corrine Wilkerson, individually*
*And on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRINE WILKERSON, *individually And on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES. <br><br> Defendant. | **Case No.: 2:22-cv-08588-DSF-JEM** <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES** |

NOTICE IS HEREBY GIVEN that Plaintiff Corinne Wilkerson ("Plaintiff") and Defendant Credit Control Services, Inc. d/b/a Credit Collection Services ("Defendant") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant within the next forty-five (45) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendant.

Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: December 28, 2022

RESPECTFULLY SUBMITTED,

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
yh@lawhammoud.com

Attorneys for Plaintiff
*Corinne Wilkerson, individually and on behalf of all others similarly situated*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Youssef H. Hammoud*