# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE WILKERSON, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES.;<br><br>　　　　　Defendants. | Case No.: 2:22-cv-08588-DSF-JEM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES** |

　　Upon review of the Plaintiff's Voluntary Dismissal with Prejudice of Defendant Credit Control Services, Inc. d/b/a Credit Collection Services pursuant to Federal Rule of Civil Procedure 41, and good cause appearing

　　**IT IS ORDERED** that the Dismissal is **GRANTED.**

　　The above-entitled matter is hereby dismissed with prejudice against Defendant.

　　IT IS SO ORDERED.

DATED: February 13, 2023

　　　　　　　　　　　　　　　　　　　*/s/ Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE